■ MARIE L. LEVENSOHN, Appellant, v BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents. BENJAMIN SEGALL, Third-Party Plaintiff-Respondent, v VARSITY TRANSIT, INC., Third-Party Defendant-Respondent. — Appeal from order, Supreme Court, Bronx County (Fusco, J.), entered on September 14, 1981, unanimously dismissed as nonappealable, without costs and without disbursements. (Everitt v Health Maintenance Center, 86 AD2d 224.) Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Asch, JJ.

■ In the Matter of JANE HAMMETT, Appellant, v PHILLIP HAMMETT, Respondent. JANE C. HAMMETT, Appellant, v PHILLIP M. HAMMETT, Respondent. — Order, Family Court of the State of New York, New York County (Schwartz, J.), entered on September 30, 1980, and order, Supreme Court, New York County (Gomez, J.), entered on January 27, 1981, unanimously affirmed, without costs and without disbursements. Appeal from order, Supreme Court, New York County (Gomez, J.), entered on May 12, 1981, unanimously dismissed as nonappealable, without costs and without disbursements. We do not reach the question of the power of the court to refer to the Family Court inasmuch as no appeal was taken by defendant husband. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERTHA JONES, Appellant. — Judgment, Supreme Court, New York County (Marks, J.), rendered on June 12, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LUCKS, Appellant. — Judgment, Supreme Court, Bronx County (Parness, J.), rendered on January 29, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP ALTMAN, Appellant. — Judgment, Supreme Court, New York County (McGinley, J.), rendered on October 13, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Lupiano, Silverman, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANOMA DAVIS, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on April 29, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. In view of the sketchiness of the brief no fee will be awarded to appellant's counsel. Concur — Carro, J. P., Lupiano, Silverman, Fein and Milonas, JJ.